IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Thomas Austin AIS#125837_
Full name and prison number
of plaintiff(s)

v.

_John Cummings_
_L.T. Janice Hicks_
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2006 FEB 17 A 9:52

CIVIL ACTION NO. _2:06CV146-WKW_
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( )  NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT FRANK LEE YOUTH CENTER, P.O. BOX 220416, DEATSVILLE AL 36022-0416

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED FRANK LEE YOUTH CENTER, P.O. BOX 220410, DEATSVILLE AL 36022-0410

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
                          P.O BOX
1. JOHN CUMMINGS, 22041, DEATSVILLE AL 36022-0410
2. LT. JANICE HICKS - 22041, DEATSVILLE AL 36022-040
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED NOV. 8, 2005
Title 13A Criminal Code, Chapter 6 offenses involving, Assault-13A-6-22

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff were Assaulted by LT. Janice Hicks with intent to Cause Physical injury to Plaintiff.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON OR ABOUT Nov 8, 2005, It was Night, And LT. Hicks And Another officer was going around passing out sheets, when they got to the Plaintiff. The Plaintiff look at his sheet it had a big hold in it. The Plaintiff told LT. Hicks And show it to LT. Hicks, LT. Hicks said she will give Plaintiff Another sheets when they

GROUND TWO: got done passing the rest of the sheets out, they got done and pass right by the Plaintiff without saying Anything

SUPPORTING FACTS: And went out the gate And lock it. Plaintiff got up and went to the gate and hold his sheet up to remind LT. Hicks, she said wait until we pass the rest out, the Plaintiff say "Um Hum" And walked back to his bed, That when she said what did you say? Plaintiff walked back to the gate LT. Hicks ask Plaintiff did you tell me to "Shut Up"? Plaintiff said No, He told her he said "Um Hum"

GROUND THREE: She said that ain't what you said. Then she lock the gate and told Plaintiff to come and go with her. She took him to the

SUPPORTING FACTS: kitchen As soon As they got in the kitchen LT. Hicks grabbed Plaintiff Around his stroke with her right hand and slaming him to the kitchen door And holding him against the door with An pen in her hand pointten in his face and telling him he a lie, and she threaten him. Plaintiff fear for his life, He feel threaten every time LT. Hicks come to work, because she was with intent to cause physical injury to Plaintiff by putting her hands on Plaintiff. Plaintiff have some wittnesses.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff stated that Janice Hicks is a danger person this court should take her job before some one get hurt by her action, And grant Plaintiff $200,000. for pain and suffering in fear of LT. Hicks.

Thomas Austin A.I.S.#125837
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2-14-06
(Date)

Thomas Austin A.I.S.#125837
Signature of plaintiff(s)