IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Thomas Austin, # 125837 | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06-CV-146-WKW |
| | ) | |
| John Cummins, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared John Cummins II, who being known by me and first duly sworn, deposes and says on oath as follows:

My name is John Cummins II and I am presently employed as a Warden II with the Department of Corrections, at Frank Lee Youth Center, Deatsville, Alabama. I am over twenty-one (21) years of age. By my signature below, I certify that the statements therein are true to the best of my knowledge.

On November 8, 2005, at approximately 9:10 PM, an incident occurred at Frank Lee Youth Center involving Lt. Janet Hicks and inmate Thomas Austin B/M 125837. I investigated this incident, talking to Lt. Hicks, inmate Austin and COI Windom McGhee. Inmate Austin stated that on November 8, 2005, during sheet call, he had received a sheet with a hole in it and he asked Lt. Hicks if he could get another one. Inmate Austin stated that Lt. Hicks said that if there were any extra sheets he could have one. At this time someone stated "shut up" and Lt.



Hicks thought he had made the statement. Inmate Austin stated that Lt. Hicks instructed him to go with her and they went to the dinning hall area, at which time she grabbed his throat and choked him. Inmate Austin claimed that he did nothing to provoke Lt. Hicks.

Lt. Hicks stated inmate Austin and several other inmates had approached her at the grill gate stating they needed another sheet. Lt. Hicks stated she advised inmate Austin and the other inmates that another sheet would be issued upon the completion of the rest of the dorms. At that time someone shouted "shut up". Lt. Hicks stated she asked inmate Austin what did he say and that inmate Austin stated "open the door, I'll tell you what I said." Lt. Hicks stated she opened the grill gate, stepped into the dinning hall and asked inmate Austin what he said. Lt. Hicks advised that inmate Austin stepped towards her in a threatening manner stating "I'll tell you what I said." Lt. Hicks stated she placed her right open hand on inmate Austin's upper chest area and pushed him against the grill exit door. Lt. Hicks reported that inmate Austin offered no further resistance so she released him. Lt. Hicks advised that inmate Austin was sent to the Health Care Unit for a body chart, which he refused stating there was nothing wrong with him (See Attached Refusal of Treatment Form). Lt. Hicks completed an Incident Report as a result of this incident (See Attached Incident Report, FLYC 05-0445).

I also interviewed Officer Windom, who was identified as being a witness. Officer McGhee stated he was in the shift office, and, observed inmate Austin raise his hand and then Lt. Hicks grabbed inmate Austin by the collar and pushed him against the grill gate. Officer McGhee stated inmate Austin officered no resistance and Lt. Hicks released her grasp.

The results of my investigation were inconclusive and I requested an investigation through I & I. Investigator C. P. Barfoot was assigned to the case and determined the results of his investigation to be inconclusive. Therefore, no other action was warranted.

2

This, I do hereby certify and affirm to on the 8th day of March, 2006.

_____
John Cummins II, Warden II
Frank Lee Youth Center


STATE OF ALABAMA)
ELMORE COUNTY   )

Sworn to and subscribed before me and given under my hand and official seal this the 8th day of March 2006.

_____
Notary Public

    1-9-09
_____
My Commission Expires

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

# INCIDENT REPORT

| 1. Institution: Frank Lee Youth Center | 2. Date: 11/08/05 | 3. Time: 9:25 p.m. | 4. Incident Number: FLYC 05-0445 | Class Code: C |
|---|---|---|---|---|
| 5. Location Where Incident Occurred: Rec area #3 & #4/Dining Hall, near exit door | | | 6. Type of Incident: Informational | |
| 7. Time Incident Reported: 9:40 p.m. | | | 8. Who Received Report: Captain Horace Burton | |

9. Victims:  Name  AIS
a. N/A                No.
b.                    No.
c.                    No.

10. Suspects: Name                 AIS
a. Thomas Austin     No. B/125837
b.                   No.
c.                   No.
d.                   No.
e.                   No.

11. Witnesses: Name                 AIS
a. N/A               No.
b.                   No.
c.                   No.
d.                   No.
e.                   No.
f.                   No.
g.                   No.

PHYSICAL EVIDENCE:
12. Type of Evidence
N/A

13. Description of Evidence:
N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.
e.

15. Narrative Summary:
On November 8, 2005, Lt. Janet Hicks was the on duty Shift Commander for the Second Shift. At approximately 9:10 p.m., sheets were passed out to the inmate population. All inmates were directed to report to their assigned beds for the issuance of sheets. As the sheets were being passed out, Lt. Hicks was standing in Dorm #4, then Rec. area #3 and #4, monitoring the issuance of sheets in Dorm #4. Inmate Thomas Austin, BM/125837, approached the grill gate, raising one of his sheets and stated, "Lt. I need another sheet." Several other inmates in the dorm came to the grill gate with torn sheets. Lt. Hicks informed the inmates that another sheet would be issued upon the completion of the rest of the dorms. At that time, someone shouted, "Shut up!" Lt. Hicks observed inmate Austin at the door and asked inmate Austin what did he say. Inmate Austin stated, "Open the door, I'll tell you what I said." Lt. Hicks opened the door to Dorm #4, stepped in the dinning hall because the laundry bin had been pushed out of the dorm and was blocking the door to the office, plus the office was full (officers were changing their batteries) and asked inmate Austin, "Now tell me what did

Distribution: ORIGINAL AND ONE (1) COPY to Central I & I Division     COPY to Deputy Commissioner of Operations (Class A and B ONLY)
COPY to Institutional File     COPY to Central Records Office

ADOC Form 302-A – June 1, 2005



STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: | Incident Number: | Class Code: |
|---|---|---|
| FRANK LEE YOUTH CENTER | FLYC 05- 0445 | C |

| Date: | Type of Incident: |
|---|---|
| 11/08/05 | Informational |

**Narrative Summary (Continued) Page No. 2**

you say?" Inmate Austin stepped toward Lt. Hicks in a threatening manner and stated, "I'll tell you what I said." Lt. Hicks then placed her open right hand on inmate Austin's upper chest area and pushed him against the grill exit door. Inmate Austin stated that he was not the inmate that said shut up, that he was the inmate laughing. Lt. Hicks immediately released inmate Austin. Lt. Hicks realized that a minimal amount of force had been used without backup and departed the dinning room area, heading toward the office. Inmate Austin became upset and stated, "My mother is dead, don't you ever put your hands on me," and walked away. Lt. Hicks entered the office. Approximately 2 - 3 minutes later, inmate Austin calmly knocked on the door to the office and asked if he could talk to Lt. Hicks. Lt. Hicks motioned to inmate Austin to enter. Inmate Austin stated that he was not the inmate who shouted shut up. Lt. Hicks discussed the incident with inmate Austin and advised inmate Austin that he would need to be transported to the health care unit for a body chart. Inmate Austin walked out of the office and stated, "I'm not getting a body chart, nothing is wrong with me." Lt. Hicks instructed Officer Thomas Huggins, who was present in the office, to escort inmate Austin back in to the office. Inmate Austin was even more irate and stated, "You shouldn't have put your hands on me." After Officer W. R. McGhee explained to inmate Austin that he would need to get a body chart, inmate Austin calmed down, went to the dorm and then returned and stated, "Just transfer me." Each time inmate Austin departed the office, went to the dorm, he came back more and more irate. Several of the officers assigned to the shift were still in the process of changing out the batteries on their radio. They talked to inmate Austin and eventually he complied and was taken to the health care unit for a body chart.

At approximately 9:38 p.m., Officer Huggins departed FLYC with inmate Austin, en route to the health care unit for a body chart. At approximately 9:40 p.m., Lt. Hicks reported this incident to Captain Horace Burton. At approximately 10:00 p.m., inmate Austin refused any type of treatment at the health care unit and signed the attached refusal form. At approximately 10:10 p.m., Officer Huggins returned to FLYC with inmate Austin. No further action taken at this time.

Janet Hicks, COSI

ADOC Form 302-B – June 1, 2005

5

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _FLyC_

Resident's Name: _Thomas Alston_  ID# _B/125837_

D.O.B. _2-6-62_

I, _____ (Name of Inmate) have, this day, knowing that I have a condition requiring medical care as indicated below:

___ A. Refused medication.                 ___ E. Refused X-Ray services.
___ B. Refused dental care.                ___ F. Refused other diagnostic tests.
___ C. Refused an outside medical appointment.   ___ G. Refused physical examination.
___ D. Refused laboratory services.        _✓_ H. Other (Please specify)

Reason For Refusal: _Refusing a body chart. Claims nothing is wrong with him._

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature: _[signed]_

Witness Signature: _Thomas Huggins COI_   Patient Signature: _Thomas Austin_

Date: _11/8/05_   Time: _10:00 pm_

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.