IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Thomas Austin, # 125837 | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO. 2:06-CV-146-WKW |
| vs. | ) | |
| John Cummins, et al. | ) | |
| DEFENDENTS | ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county, and State of Alabama at Large, personally appeared Windom R. McGhee, who being known to me, and being by me first duly sworn, deposes and says on oath as follows:

My name is Windom R. McGhee, and I am presently employed as a Correctional Officer I with the Department of Corrections, Frank Lee Youth Center, Post Office Box 220410, Deatsville, Alabama, 36022. I am over twenty-one (21) years of age.

During an investigation in which the Plaintiff alleged that Lt. Janet Hicks assaulted him, I was questioned by Captain Horace Burton and C. P. Barfoot, I & I Division. I informed them both that after sheet call while standing in the shift office, on November 8, 2005, I did observe Lt. Hicks open dorm #4 grill door. Lt. Hicks walked into the kitchen with Inmate Thomas Austin behind her. Inmate Austin was raising his hands and talking. Lt. Hicks turned and grabbed inmate Austin's shirt collar, pushing him against the wall. Inmate Austin raised his hands about head high. Lt. Hicks


EXHIBIT 3

released Inmate Austin's collar and returned to the shift office. Inmate Austin entered the shift office behind Lt. Hicks. Inmate Austin was saying "Lieutenant I didn't say it." Lt. Hicks called Officer Huggins to the shift office and instructed him to take inmate Austin to SHCU for a bodychart. At no time did I observe Lt. Hicks choking inmate Austin or pointing an ink pen in his face..

This statement is true and correct.

*Windom R. McGhee* (signature)

Windom R. McGhee

STATE OF ALABAMA)

ELMORE COUNTY  )

SWORN AND SUBSCRIBED BEFORE ME AND GIVEN UNDER BY HAND AND OFFICIAL SEAL THIS, THE __8th__ DAY OF __March__, 2006.

*Kimberly M. H...* (signature)

Notary Public