IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS AUSTIN, #125837, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-146-WKW |
| | ) |
| JOHN CUMMINGS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 20, 2006 the defendants shall file an answer in compliance with the order entered on February 21, 2006.

Done this 11th day of April, 2006.


/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE