IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS AUSTIN | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) 2:06-CV-146-WKW |
| JOHN CUMMINS, ET AL. | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

## ANSWER

COME NOW the Defendants, John Cummins and Janice Hicks, by and through the Attorney General for the State of Alabama, the Honorable Troy King, and in accordance with this Honorable Court's February 21, 2006, Order, offer the following Answer:

1. Defendants deny each and every allegation in Plaintiff's complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Defendants plead qualified immunity.

2. Defendants plead immunity pursuant to the Eleventh Amendment of the Constitution of the United States.

3. Defendants plead immunity pursuant to Section 14 of the Constitution of Alabama of 1901.

4. Defendants plead state discretionary immunity.

5. Defendants assert Plaintiff is precluded from bringing a federal civil action under 42 USC § 1997 e(e).

6. Defendant Cummins can not be held liable under the theory of respondeat superior.

7. Defendants plead immunity pursuant to § 6-5-338 of the Code of Alabama.

          Respectfully submitted,

          TROY KING
          Attorney General

          /s/ Jeffery H. Long
          Jeffery H. Long
          Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this the 21st day of April, 2006, electronically filed the foregoing with the Clerk of Court, using the CM/ECF system and have served a copy of same upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

    Thomas Austin, AIS 125837
    Frank Lee Youth Center
    PO Box 330520
    Deatsville, AL 36022-0410

    /s/ Jeffery H. Long
    Jeffery H. Long
    Assistant Attorney General