IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS AUSTIN, #125837, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-146-WKW |
| ) | (WO) |
| JOHN CUMMINGS, *et al.,* ) | |
| ) | |
|     Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 10) on May 2, 2006, finding that the plaintiff's complaint is due to be dismissed without prejudice for failure to file a response in compliance with the Court's directives. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that the plaintiff's claims in this case are dismissed without prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of June, 2006.

                                              /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE